8/25/14

MARGARET DORAN
-vs-
PROSKAUER Rose LLP
Michael EDMONDS
Amber Ward &
Local 813 / Pension
and Severance Fund.

14-1672 (CS)

Margaret Doran
5 Circuit Road A33
New Rochelle, N.Y.
10805
(914) 374-9961 cell

RECEIVED AUG 25 2014 U.S.D.C. W.P.

Dear Judge Seibel,

The Amended complaint is due 8/25/14. I hereby request an extension of time to file my amended complaint, respectively until Friday, Aug 29th 2014. I had a family emergency, and I do not own a computer. I thought I only had to send Mr. Cacace my response by 8/25/14. I do not recall you asking for an amended complaint.

Thank-you very much, Margaret Doran